UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY, Trustee,<br><br>          Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, DEPUTY B. PALMER, in her official sheriff capacity, DEPUTY R. BERNARDINO, in his official sheriff capacity, SERGEANT C. MCCOY, in his official sheriff capacity, and DOES 1 through X,<br><br>          Defendants. | Case No.: 3:24-cv-1535-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

  On August 29, 2024, Plaintiff Dale Sundby, Trustee ("Plaintiff") initiated this action by filing a Complaint. (ECF No. 1.)

  On September 25, 2024, Defendant San Diego County Sheriff's Department (the "Sheriff's Department") filed a Motion to Strike Plaintiff's Complaint, and to Dismiss Plaintiff's Complaint ("Motion to Strike and Dismiss") pursuant to Federal Rules of Civil Procedure 12(f), 12(b)(1), and 12(b)(6). (ECF No. 8.)

1

|   |   |
|---|---|
| 1 | On October 6, 2024, Plaintiff filed a First Amended Complaint. (ECF No. 13.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course no later than: … 21 days after the service of a motion under Rule 12(b) … or (f)[.]" Fed. R. Civ. P. 15(a)(1)(B). Once filed, an amended complaint supersedes the original complaint in its entirety. *See Lacey v. Maricopa County*, 693 F.3d 896, 907 n.1 (9th Cir. 2012). |

IT IS HEREBY ORDERED that the Motion to Strike and Dismiss (ECF No. 8) is denied as moot.[1]

Dated: October 11, 2024

Hon. William Q. Hayes
United States District Court

---

[1] Also pending before the Court is Plaintiff's *Ex Parte* Motion for Legal Determination of Threshold Issue (ECF No. 9), wherein Plaintiff requests that "the Court make a final determination at the earliest date as to the threshold question of whether Plaintiff in his sole trustee capacity is lawfully representing his sole beneficial interest in the trust." *Id.* at 2. The Court will address Plaintiff's *Ex Parte* Motion, as well as the Sheriff's Department's Response in opposition (ECF No. 11) and Plaintiff's Reply (ECF No. 12), after a response to the First Amended Complaint is filed.